**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 mj 122-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **TROY ANTHONY BUNCH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

THIS MATTER came on to be heard before the undersigned on October 19, 2015 pursuant to a Violation Report (#10). At the call of this matter on for hearing it appeared that Defendant was present with his counsel, Frank A. Abrams, and the Government was present through Assistant United States Attorney, Tom Ascik. At the call of the matter it appeared Defendant's counsel had filed a Sealed Motion (#13) seeking a competency evaluation for Defendant. After first hearing the Sealed Motion and entering an Order allowing the Sealed Motion, the undersigned determined it would be appropriate for the Defendant to be detained pending the evaluation of Defendant and will allow Defendant to be heard as to the Violation Report (#10) and the issue of detention when the competency evaluation of Defendant has been completed.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendant be detained pending the competency evaluation of Defendant.

Signed: October 27, 2015

Dennis L. Howell
United States Magistrate Judge