

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

December 1, 2015

FILED
ASHEVILLE, N.C.

DEC 1 4 2015

U.S. DISTRICT COURT
W. DIST. OF N.C.

The Honorable Dennis L. Howell
United States District Court
Western District of North Carolina, Asheville Division
302 U.S. Courthouse
100 Otis Street
Asheville, North Carolina 28801

RE: BUNCH, Troy Anthony
REGISTER NUMBER: 30422-058
DOCKET NUMBER: 1:15 mj 122

Dear Judge Howell:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on November 24, 2015, pursuant to the provisions of Title 18, United States Code, Sections 4241(b) and 4247(b) and (c). Currently, the evaluator is conducting interviews and psychological testing with Mr. Bunch, which are necessary to complete his evaluation. In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for fifteen days. If this request is granted, the evaluation period will end on January 7, 2016. Staff will complete the evaluation as soon as possible and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed. If you concur, please complete the bottom section of this request and return by fax to Kim Barnes, Health Systems Specialist, at (919) 575-2015, and to Antonia Loyd, Supervisory Inmate Systems Specialist, at (919) 575-2003.

Thank you in advance for your assistance in this matter. If you need additional information, please contact me at (919) 575-4541.

Respectfully,

Thomas B. Smith
Warden

☒ The above requested extension of time is hereby granted. Defendant's counsel was consulted and had no objection to the extension.

☐ The above requested extension of time is not hereby granted

Signature: _Dennis L. Howell_
Judge Dennis L. Howell

DATE: Dec 14. 2015